# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONTE BUCKMIRE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYFAIR, INC., COLBY GRENIER and THERESE BARTOLINI,<br><br>　　　　　Defendants. | Case No. 1:24-cv-12110<br><br>REMOVED FROM THE COMMONWEALTH OF MASSACHUSETTS, SUFFOLK SUPERIOR COURT, CASE NO. 2484CV01245 |

## WAYFAIR, INC.'S CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Defendant WAYFAIR, INC., by and through its attorneys Seyfarth Shaw LLP, hereby states that its sole member is SK Retail, Inc., and the sole shareholder of SK Retail, Inc. is Wayfair, Inc.  Wayfair, Inc is a publicly held corporation and no publicly held corporation owns 10% or more of Defendant's stock, nor does it own 10% or more of the stock of any publicly owned company.

DATED: August 15, 2024                    Respectfully submitted,

                                          WAYFAIR, INC.

                                          By its attorneys:


                                          */s/ Lynn A. Kappelman*
                                          Lynn A. Kappelman (BBO #642017)
                                          lkappelman@seyfarth.com
                                          Emily J. Miller (BBO #705662)
                                          emmiller@seyfarth.com
                                          SEYFARTH SHAW LLP
                                          Seaport East
                                          Two Seaport Lane, Suite 1200
                                          Boston, Massachusetts 02210
                                          Telephone:    (617) 946-4800
                                          Facsimile:    (617) 946-4801


## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, a copy of the foregoing document was filed electronically through the Court's ECF system. Paper and electronic copies were served on the following counsel for plaintiff:

Helen G. Litsas
Law Office of Helen G. Litsas
22 Mill Street, Suite 408
Arlington, MA 02476
helen@litsaslaw.com

                                          */s/ Lynn A. Kappelman*
                                           Lynn A. Kappelman

2

312987691v.1