## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONTE BUCKMIRE,<br><br>              Plaintiff,<br><br>v.<br><br>WAYFAIR, INC., COLBY GRENIER and THERESE BARTOLINI,<br><br>              Defendants. | Civil Action No. 1:24-cv-12110-AK |

### JOINT STATEMENT REGARDING PROPOSED SCHEDULING ORDER

Plaintiff Donte Buckmire and Defendants Wayfair, Inc. ("Wayfair"), Colby Grenier, and Therese Bartolini (collectively, "Defendants") (all collectively, the "Parties"), by their undersigned counsel and pursuant this Court's order on March 13, 2025, submit the following Joint Statement Regarding Proposed Revised Scheduling Order.

**Proposed Timetable for Discovery and Motion Practice**

The Parties jointly request that the Court approve the proposed Scheduling Order attached as **Exhibit 1**.

**Pending Motions**

The Parties state that there are no motions currently pending before the Court. The parties note, however, that there are still outstanding discovery issues, including as noted in the attached Exhibit 1 and regarding medical records or the potential entry of a stipulations with respect there to.

Respectfully Submitted,

| | |
|---|---|
| */s/ Helen G. Litsas* | */s/ Lynn A. Kappelman* |
| Helen G. Litsas (BBO No. 644848) | Lynn A. Kappelman (BBO No. 642017) |
| helen@litsaslaw.com | lkappelman@seyfarth.com |
| LAW OFFICE OF HELEN G. LITSAS | Emily J. Miller (BBO No. 705662) |
| 22 Mill Street, Suite 408 | emmiller@seyfarth.com |
| Arlington, MA 02476 | Sarah B. Affel (BBO #672651) |
| TEL: 781-646-1518 | saffel@seyfarth.com |
| | SEYFARTH SHAW LLP |
| COUNSEL FOR PLAINTIFF | Two Seaport Lane, Suite 1200 |
| | Boston, MA 02210-2028 |
| | TEL: 617-946-4800 |
| | FAX: 617-946-4801 |
| | |
| | COUNSEL FOR DEFENDANTS |

Dated: June 27, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 27, 2025, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Lynn A. Kappelman*
                                              Lynn A. Kappelman

318405364v.3