**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DONTE BUCKMIRE,

Plaintiff,

v.

WAYFAIR, INC., COLBY GRENIER, and
THERESE BARTOLINI,

Defendants

**C.A. No. 24-CV-12110-AK**

## JOINT REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION AND REQUEST FOR STAY

Plaintiff Donte Buckmire ("Plaintiff") and Defendants Wayfair, Inc. Colby Grenier, and Therese Bartolini ("Defendants") (collectively, the "Parties") through their counsel jointly request that this matter be referred to a Magistrate Judge for mediation and that the matter be stayed until thirty days following the conclusion of that mediation should mediation be unsuccessful.

Over the past couple of weeks, the Parties have been conferring regarding the possibility of exploring mediation before completing outstanding discovery in this matter and have reached an agreement to explore a potential resolution through mediation before continuing with discovery. Counsel for the Parties request that a mediation be conducted by a Magistrate Judge at the Court's earliest convenience, preferably within the next thirty (30) days. The Parties also ask the Court to stay the matter pending the mediation and to extend all deadlines in this matter by thirty days from the date of the mediation should the mediation be unsuccessful.

WHEREFORE, the Parties jointly request that this matter be referred to a Magistrate Judge for a mediation and for a stay of all deadlines in this matter.

1

Respectfully
Submitted,
DONTE BUCKMIRE
Plaintiff
By his Attorney:


/s/ Helen G. Litsas

Helen G. Litsas BBO No. #644848
22 Mill Street, Suite 408
Arlington, MA  02476
Tel.  617-596-5561
Fax. 781-643-1126

WAYFAIR, INC., COLBY
GRENIER,
AND THERESE BARTOLINI


By their attorney,


/s/ Lynn A. Kappelman

Lynn A. Kappelman (BBO No.
642017)
Emily J. Miller (BBO No. 705662)
SEYFARTH SHAW LLP

Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Fax:          (617) 946-4801

lkappelman@seyfarth.com
emmiller@seyfarth.com

2

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon Attorneys for the Defendants by ECF and by email on  May 28, 2026, to:

Lynn A. Kappelman, Esquire
Emily J. Miller, Esquire
SEYFARTH SHAW LL
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028

lkappelman@seyfarth.com
emmiller@seyfarth.com


*/s/ Helen G. Litsas*

_____


Helen G. Litsas

3